UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:19-CR-20053-CSB-EIL-1 |
| ) | |
| COURTNEY TYLER JOHNSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR PERMISSION TO SEND DISCOVERY
## TO THE LIVINGSTON COUNTY JAIL

NOW COMES the defendant, COURTNEY TYLER JOHNSON, by and through his attorney, JONATHAN D. FELDMAN, and respectfully moves this Honorable Court to grant permission for the Assistant United States Attorney in this matter to send a DVD CD ROM disk containing discovery evidence to Mr. Johnson in the Livingston County Jail. In support of this motion, Mr. Johnson states the follows:

1. Courtney Johnson has been charged with conspiracy to distribute marijuana (Count One), possession with intent to distribute cocaine (Count Two), and maintaining a drug-involved premises (Counts Three and Four).

2. Mr. Johnson is a pre-trial detainee in the Livingston County Jail located in Pontiac, Illinois.

3. The Livingston County Jail conducts an inmate discovery program in which the Government mails a DVD CD ROM containing the discovery evidence in a given case to

1

the Livingston County Jail and the jail allows attorneys and their client to review the evidence together on computers located inside the jail facility.

4. Assistant United States Attorney Ryan Finlen is aware of the discovery program conducted by the Livingston County Jail, is aware of Mr. Johnson's request to review the discovery evidence in this case, and Mr. Finlen has no objection to this motion and will facilitate the discovery request.

WHEREFORE, Courtney Johnson respectfully requests the entry of an Order granting permission to send discovery evidence in this case via a DVD CD ROM disk to the Livingston County Jail.

Respectfully submitted,

/s/ Jonathan D. Feldman
Jonathan D. Feldman
Attorney for Courtney Tyler Johnson
70 E. Lake Street
Suite 1220
Chicago, IL 60601
(773) 355-4416

**CERTIFICATE OF SERVICE**

    I, Jonathan D. Feldman, the attorney for Defendant Courtney Tyler Johnson, hereby certify that on this, the 23rd day of February, 2020, I filed the

**MOTION FOR PERMISSION TO SEND DISCOVERY TO THE LIVINGSTON COUNTY JAIL**

on the CM-ECF system of the United States District Court for the Central District of Illinois, which constitutes service of the same.

                                                /s/ Jonath D. Feldman
                                                Jonathan D. Feldman
                                                70 E. Lake Street
                                                Suite 1220
                                                Chicago, IL 60601
                                                (773) 355-4416

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 2:19-CR-20053-CSB-EIL-1 |
| ) | |
| **COURTNEY TYLER JOHNSON,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

This cause coming before this Court on the Defendant's Motion for Permission to Send Discovery to the Livingston County Jail, and all parties having been notified, and the Court being fully advised in the premises,

IT IS HERBY ORDERED that the Defendant's request to allow the Assistant United States Attorney to mail a DVD CD ROM disk containing the discovery in the instant case to the Livingston County Jail is granted/denied.

_____
United States District Court Judge